UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

**In Re: Atrium Medical Corp. C-Qur Mesh**
**Products Liability Litigation (MDL No. 2753)**

MDL Docket No. 16-md-2753-LM
ALL CASES

CASE MANAGEMENT ORDER NO. 3C[1]
REGARDING PROTOCOL FOR COLLECTION, PRESERVATION,
AND DIVISION OF PATHOLOGY MATERIAL

Discovery in this proceeding may involve the collection, division, storage, preservation, and production of biomaterials evidence for which special handling, division, storage, and preservation would be warranted. Accordingly, Counsel for Plaintiffs and Counsel for Defendants ("Atrium") have met and conferred regarding the collection, preservation, and division of pathology material. Following that meet and confer, the parties have stipulated to and petitioned the court to enter the following Stipulation in this matter, attached as Exhibit A. Upon entry of this Order, the court approves the protocols and same will apply to all actions that are or become a part of MDL 2753, until further order of the court.

SO ORDERED.

_____
Landya McCafferty
United States District Judge

March 13, 2017

cc: All Counsel of Record

---

[1] Order title revised from Pretrial Order No. 3C to Case Management Order No. 3C.